UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re: Michael T Henry　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. ___
Debtor.

## Chapter 13 Plan

Address:　　Debtor　3128 Arbor Place South #208, Memphis, TN 38115

Plan Payment:

Debtor Shall Pay:　$906.00　Monthly　　　　　By:　(x) Direct Pay　Self-employed Trucker
　Or by: ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].　　　　　(X) Yes　( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim　(x) Yes　( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].　　　　( ) Yes　(X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.
3. Auto Insurance:　( ) Included in Plan　Or (x) Not Included in Plan if proof provided by Debtor
4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment ( ) Trustee To:　　Monthly Pmt.
   　　　　　　　　　　　　　ongoing payment begins　_____
   　　　　　　　　　　　　　Approximate arrearage　_____
   　　　　　　　　　　　　　ongoing payment begins　_____
   　　　　　　　　　　　　　Approximate arrearage　_____

5. Priority Claims:　　　　　　　　　　　　　　　　　　　　　　　　　　　Monthly Pmt.
   Internal Revenue Service　　　　　　　Amount　　$2,500.00　　　　　　$42.00
   　　　　　　　　　　　　　　　　　　　Amount

6. Home Mortgage Claims:　( ) Paid Directly by Debtor or ( ) Paid by Trustee To:　Monthly Pmt.
   　　　　　　　　　　　ongoing payment begins　_____
   　　　　　　　　　　　Approximate arrearage　_____　Interest　_____
   　　　　　　　　　　　ongoing payment begins　_____
   　　　　　　　　　　　Approximate arrearage　_____　Interest　_____

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:　Collateral Value　Interest Rate　Monthly Pmt.
   Titile Max (2008 BMW 335i)　　　　　　　　　　　　　$7,000.00　　　　0.00%　　　　$141.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

| | Collateral | |
|---|---|---|
| | Collateral | |

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Dpt Ed/Navi | $16,983.00 | 4.00% | $313.00 |
| | | | |

11. Student Loan Claims and Other Long Term Claims:

| Dpt Ed/Navi | ( x ) Not Provided For | ( ) General Unsecured Creditor |
|---|---|---|
| | ( ) Not Provided For | ( ) General Unsecured Creditor |

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:  ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

| Multiline Furniture | ( ) Assume | ( x ) Reject |
|---|---|---|
| | ( ) Assume | ( ) Reject |

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract.

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

     /s/ Marcelle Z. Nia          Date    June 25, 2019
    Debtor's Attorney's Signature

June 25, 2019

910 > December 26, 2016